Dear, Deana Williamson,

pd-0829-17

RECEIVED IN
COURT OF CRIMINAL APPEALS

10-31-17

NOV 0 7 2017

Deana Williamson, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

NOV 0 9 2017

Deana Williamson, Clerk

My NAME is Ruben Zamora Jr, Tdc# 2032568. I was recently transferred to a different Unit, this is where I'll be located at until I am granted Parole. I had file a paperwork for an Extension to File my P.d.R, my deadline was october 3rd, 2017, I'm going to be honest with you about my situation, the court appointed lawyer who was appointed to me Mrs. ANN Lee Moseley BAR# 9000 1927 had informed me that she would no longer represent me after I was denied in the First court of Appeals, I filed a motion to hopefully get my trial transcripts so that I had a better chance of putting my P.d.R together, unfortunately The court of Appeals clerk "christopher Prine" told me I couldn't set the Paper work I was requesting to represent myself, because I was still represented by Mrs. Moseley, which doesn't make no sense, she told me she would <u>not</u> represent me any further if my Appeal was denied in the First court of Appeals, and thats what happend. I do not know what to do, I'm very frustrated, I want to continue fighting for my freedom

is there any other papers I can file to get another extension to file my P.d.R or most of all to get mrs. moseley removed from my case so I can be represented by someone who will start and Finish my Appeal. Please let me know what I can do, i'm very eager to get this legal matter Fixed Soon. Thank you for your time and help please get back to me at your earliest convinience.

Sincerly

Fersuson unit
Ruben ZAMORA - #2032568
12120 SAVAGE DR.
midway, Tx 75852